ANTHONY P. CAPOZZI, SBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 WEST SHAW AVENUE, SUITE 102
FRESNO, CALIFORNIA 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
EZEQUIEL GUZMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA, | CASE NO.: 1:23-CR-00115-DAD-EPG-3 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AND ORDER** |
| EZEQUIEL GUZMAN, | |
| Defendant. | |

On June 8, 2023, Defendant EZEQUIEL GUZMAN was indicted on federal charges. CJA Panel Attorney Anthony P. Capozzi was appointed as trial counsel to represent Mr. Guzman on May 31, 2023 in his criminal case. Mr. Guzman was sentenced pursuant to a plea agreement on October 20, 2025. The time for filing a direct appeal was granted. No direct appeal was filed. Mr. Guzman was in custody at sentencing. The trial phase of Mr. Guzman's criminal case has, therefore, come to an end. Having completed his representation of Mr. Guzman, CJA attorney Anthony P. Capozzi now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Guzman require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which if appropriate, will arrange for the re-appointment of counsel to assist him.

Respectfully submitted,

Dated:  February 2, 2026

By: /s/ Anthony P. Capozzi            .
Anthony P. Capozzi, Attorney for
Ezequiel Guzman

## ORDER

Having reviewed the notice and found that attorney Anthony P. Capozzi has completed the services for which he was appointed, the Court hereby grants attorney Anthony P. Capozzi's request for leave to withdraw as defense counsel in this matter. Should Defendant seek any further legal assistance, Defendant is advised to contact the Office of Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ezequiel Guzman at the following address and to update the docket to reflect Defendant's pro se status and contact information.

EZEQUIEL GUZMAN, #61125-510
FCI Forrest City Medium
Federal Correctional Institution
PO Box 3000
Forrest City, AR 72336

IT IS SO ORDERED.

Dated:  **February 6, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE